# Exhibit 2




Vessel: M/T "Fair Spirit"
C/P : 23.03.2007 / IOOI
Demurrage : US$ 20,000.00 pd/pr

# TIME SHEET

a) Load port : STS Fujairah, UAE.

| Date | | Activity | Time |
|---|---|---|---|
| Mar 26th | / | 15:45 – NOR tendered | — — |
| | | 15:45 – 20:06 – Waiting barge / Notice period | — — |
| | | 20:06 – 21:45 – waiting barge / mooring (notice period) | 01 h 27 m |
| | | 21:45 – 23:12 – barge mooring / M/T Tassel a/s | 00 h 48 m |
| | | 23:12 – 24:00 – Measurement | 01 h 36 m |
| Mar 27th | / | 00:00 – 01:36 – Measurement / comm. Loading | 22 h 24 m |
| | | 01:36 – 24:00 – Loading | 03 h 54 m |
| Mar 28th | / | 00:00 – 03:54 – Loading / completed loading | 01 h 30 m |
| | | 03:54 – 05:24 – Measurement / Hose disconnected | 05 h 42 m |
| | | 05:24 – 11:06 – waiting barge / M/T Al Mukhtarah A/S | 02 h 06 m |
| | | 11:06 – 13:12 – Measurement / Comn. Loading | 10 h 48 m |
| | | 13:12 – 24:00 – Loading | 17 h 24 m |
| Mar 29th | / | 00:00 – 17:24 – Loading / completed loading | 00 h 36 m |
| | | 17:24 – 18:00 – Measurement / Hose disconnected | |

Laytime used at Fujairah — 68 H 15 M

b) Disc Port : STS – Tanjung Pelepas, Malaysia

| Date | | Activity | Time |
|---|---|---|---|
| April 10th | / | 01:30 – EOSP / NOR Tendered | — — |
| | | 01:30 – 07:30 – Waiting berth / Notice Period | 16 h 30 m |
| | | 07:30 – 24:00 – Waiting berth | 24 h 00 m |
| April 11th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 12th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 13th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 14th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 15th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 16th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 17th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 18th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 19th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 20th | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 21st | / | 00:00 – 24:00 – Waiting berth | 24 h 00 m |
| April 22nd | / | 00:00 – 24:00 – Waiting berth | 01 h 12 m |
| April 23rd | / | 00:00 – 01:12 – Waiting berth / Pilot on board | — — |
| | | 01:12 – 03:00 – Shifting / A/F alongside Titan Gemini | 08 h 48 m |
| | | 03:00 – 11:48 – Measurement / Comn. Discharging | 12 h 12 m |
| | | 11:48 – 24:00 – Discharging | 13 h 36 m |
| April 24th | / | 00:00 – 13:36 – Discharging / Completed discharging | 01 h 06 m |
| | | 13:36 – 14:42 – Measurement / hose disconnected | |

Laytime used Tanjung Pelepas — 341 H 24 M

TOTAL LAYTIME USED — 409 H 39 M

LAYTIME ALLOWED — 84 H 00 M

TIME ON DEMURRAGE — 325 H 39 M