# Exhibit 3

# FAIR SPIRIT MARITIME LTD.

80, Broad street
Monrovia
Liberia

## INVOICE

### DEMURRAGE ACCOUNT:

- Invoice number  : 06A/07
- Vessel          : m/t "Fair Spirit"
- Charter Party   : Asbatankvoy dated 23rd March 2007
- Charterers      : International Oil Overseas Inc., Jeddah
- Voyage          : STS Fujairah - STS Tanjung Pelepas
- Laytime         : 84 total hours
- Demurrage rate  : US$ 25,000.00 pd/pr

21 May 2007

### DEMURRAGE ANALYSIS:

- Laytime used:
    per time sheet        408 h 39 m
- Laytime allowed:
    per charter party     84 h 00 m
- Time on demurrage       325 h 39 m

### DEMURRAGE EARNED:

- 13,5687500 days at US$ 25,000.00 pd/pr.............................. **US$ 339,218.75**

(United State Dollars Three Hundred Thirty Nine Thousand Two Hundred Eighteen & Seventy Five cents only.)

### DEMURRAGE PAYMENT:

- Aegean Baltic Bank SA
    SWIFT    : AEBAGRAA
    Via      :
    JP Morgan Chase Bank, New York
    SWIFT    : CHASUS33
    A/C Nr.  : 0400807963
    Favour   : Fair Spirit Maritime Limited
    A/C nr   : 0100172-52017
    Ref      : m/t "Fair Spirit" - inv. 06A/07