EXHIBIT 4

ATTN CAPT PEMMAS

SHIBUMI / IOOI   C/P 4-2-98

FYG, FLWG RECVD FROM CHARTERERS

RGDS

?099123U001 22FEB98 11:58 GMT

DATE : 22/02/98
REF  : DVA /7010

TO   : PETRIAN SHIPBROKERS, LONDON
       ATTN : SUE VAUGHAN
       FAX  : 44 171 2221346
FROM : I.O.O.I, JEDDAH


SUB  : MT SHIBUMI   C/P DTD 04/02/98


WE HAVE ARRANGED REMITTANCE OF USD 390,000 TO OWNERS.
NOMINATED BANK ACCOUNT BEING FREIGHT THRU RIYAD BANK
MAIN BRANCH , JEDDAH WITH VALU DATE 24/02/98.

WE INSTRUCTED OUR BANK TO SEND DIRECT TLX TO YOUR
CONFIRMING REMITTANCE.

PLS CNFS SAFE RECEIPT OF ABV AMT.


REGARDS
I.O.O.I / JEDDAH
ASHFAQ

**EXHIBIT 5**

Ⓐ

24-02-98   13:00

*
215979 CARD GR
407490/8 RDX SJ
YZYZ

WARNING - A COMPUTER GENERATED MESSAGE FOLLOWS.
            PLEASE DO NOT INTERRUPT TRANSMISSION

FROM:RIBLSARI
     RIYAD BANK
     RIYADH

TO  :SEATRADEINV
     SEATRADE INVESTEMENTS S A

DATE:980224
MT:NTX      : NON TESTED TELEX FREE FORMAT
PR:N      : NORMAL

     :20 /TRANSACTION REFERENCE NO:     1019B054004027/1
     :79X/NARRATIVE                    :FOR YOUR INFORMATION ONLY.


AT THE REQUEST OF OUR CUSTOMER MARINA WORLD SHIPPING CORP. TODAY
WE HAVE TRANSFERED USD 399,980 VALUE 25-FEB-98 YOUR
A/C NO.SEATRADE-USD1 WITH ROYAL BANK OF SCOTLAND VIA
INTERNATIONAL PAYMENT LONDON, LONDON THEIR CORRESPONDENT
STATE STREET BANK INTL. , NEW YORK AND THEIR CORRESPONDENT
CHASE MANHATTAN BANK , NEW YORK UNDER OUR REF. 1019B054004027
STOP PLS FOLLOW UP THE MATTER.

REGARDS,
RIYAD BANK
JEDDAH OPERAITON CENTER.




NNNN
407490/8 RDX SJ.
215979 CARD GR

4.6  ** Message printout ** Printed:25/02/98 11:46:32 by:gl

07028-00 2402 1906 887571      RBS      X SHIB      OPS/ACC      7bp

5976 CARD GR
7571 RBSINT G
NTX

WARNING - A COMPUTER GENERATED MESSAGE FOLLOWS.
         PLEASE DO NOT INTERRUPT TRANSMISSION

FROM:RBOSGB2L
     ROYAL BANK OF SCOTLAND PLC
     INTERNATIONAL OPERATIONS
     LONDON N1 8XL
     ++N.B. OUR NEW TELEX NO. IS 72130++

TO  :SEATRA
     SEATRADE INVESTMENTS

DATE:980224
MT:NTX       : NON TESTED TELEX FREE FORMAT
PR:N         : NORMAL

     :20 /TRANSACTION REFERENCE NO.     :MSG NO 4621
     :79X/NARRATIVE                     :
WE HAVE RECEIVED AN INSTRUCTION TO CREDIT YOUR
A/C NO SEATRADE USD1
AMOUNT USD 389,968.50
VALUE 24/02/98
ORDER MARINA WORLD SHIPPING
REF M/T SHIBUMI HIRE / 1001 TCT DD 4/2/98

THIS PAYMENT IS REVOCABLE UNTIL 9AM ON THE VALUE DATE

BEST REGARDS
J HARBROUGH
ICP/REF YGY08M

NNNN
887571 RBSINT G
215976 CARD GR

=== END OF TEXT ===

**EXHIBIT 6**

FROM:RBOSGB2L
    ROYAL BANK OF SCOTLAND PLC
    LONDON

TO  :SEATRADE
    SEATRADE INVESTMENTS SA

DATE:  215
MT:NTX      : NON TESTED TELEX FREE FORMAT
PR:N        : NORMAL
        :20-/TRANSACTION REFERENCE NUMBER :INBO NO 779
        :79X/NARRATIVE
WE HAVE RECEIVED AN INSTRUCTION TO CREDIT YOUR
A/C NO SEATRADE (USD)
AMOUNT USD 433,697.77
VALUE 15/12/98
ORDER MARINA WORLD SHIPPING CORP.
REF H/T:BHTBUHI:VCP:1D01 CR DATED 12 NOV 98
THIS PAYMENT IS REVOCABLE UNTIL PAID ON THE VALUE DATE

BEST REGARDS
H FLEMING
:TCP/REF: YILK3K

:NNNN
  887571 RBSINT GR
  215974 CARD GR

*** 15.12.98  19:45

    TELIX ID:  IT 287F1-00 1512 1956

EXHIBIT 7

MESSAGE 9396?-GK

FROM: MERIDIAN BROKERAGE INC.
TIME: 10:17 HOURS LT
DATE: 14 DEC 1998

TO: CARDIFF MARINE
    ATT : MR PENNAS

FOLL RCVD FROM CHRTRS :

RE  : MT SHIBUMI  / IOOI C/P DTD 12ND NOVEMBER, 1998.
      FREIGHT REMITTANCE DETAILS.
==============================================
WE HAVE ARRANGED REMITTANCE OF FREIGHT AMOUNT OF SUM USD
433,7?9.?7, TO OWNERS NOMINATED BANK ACCOUNT BEING FREIGHT
THRU RIYADH BANK MAIN BRANCH, JEDDAH.  WITH VALUE DATE 14TH
DEC. 1998.

WE HAVE INSTRUCTED OUR BANKERS TO SEND DIRECT TLX TO YOU
CONFIRMING REMITTANCE.

PLS CNFM SAFE RECEIPT OF ABV AMT.

IOOI

END

REGARDS
DK/MERIDIAN OPS
*
715981 DRYB GR
242001 MRDN GR

13 12 98  10:05

# EXHIBIT 8

ADVICE OF PAYMENT RECEIVED FROM CHAPS         RBS REF: BJYC4C13D0OT    13 MAR 01

A/C NUMBER 22072326 HAS BEEN CREDITED         TIME SENT 08:31:42    RECD 08:31:42

SETTLEMENT BANK:                              LLOYDS BANK
SETTLEMENT BANK REF:                          FT0004893B574261
PAYMENT TYPE:                                 10

AMOUNT                                        £7,104.00

PAYEE BANK:                      15-20-25     ROYAL BANK OF SCOTLAND
                                              5 10 GREAT TOWER ST
                                              LONDON EC3P 3HH

PAYEE CUSTOMER:                               WATERSON HICKS

PAYEE CUSTOMER A/C:                           22072326

PAYER BANK:                      30-96-34     LLOYDS BANK PLC
                                              MONUMENT INTLNL OFFICE
SWIFT SENDERS ADDRESS:                        RIBLSARIXXX
PAYER CUSTOMER:                               MARINA WORLD

PAYER CUSTOMER REF:

PAYMENT DETAILS:

INFO TO PAYEE BANK:                           LLOYDS TSB CHG GBP    12.00 DED
                                              UCTED

RBS REF: SUYC8YTDM000T          26 MAR 01

TIME SENT 08:29:18        RECD 08:29:18

RECALLED PAYMENT RECEIVED FROM CHAPS/

A/C NUMBER 22072326 HAS BEEN CREDITED

SETTLEMENT BANK:              LLOYDS BANK
SETTLEMENT BANK REF:          FT0004913B0006261
PAYMENT TYPE:                 10

AMOUNT                        £7,103.00

PAYEE BANK:          15-20-25  ROYAL BANK OF SCOTLAND
                               5 10 GREAT TOWER ST
                               LONDON EC3P 3HX
                               SORT CODE 15 20 25
PAYEE CUSTOMER:                WATERSON HICKS

PAYEE CUSTOMER A/C:           22072326

PAYER BANK:          30-96-34  LLOYDS BANK PLC
                               MONUMENT INTNL OFFICE
SWIFT SENDERS ADDRESS:         RIBLSARIXXX
PAYER CUSTOMER:                MARINA WORLD

PAYER CUSTOMER REF:

PAYMENT DETAILS:

INFO TO PAYEE BANK:           LLOYDS TSB CHG GBP   12.00 DED
                              UCTED

ADVICE OF PAYMENT RECEIVED FROM CHAPS

A/C NUMBER 22072326 HAS BEEN CREDITED

RBS REF: SUYCHXJW9000T          11 APR 01

TIME SENT 08:28:13      RECD 08:28:33

SETTLEMENT BANK:        LLOYDS BANK
SETTLEMENT BANK REF:    FT0004924681261
PAYMENT TYPE:           10

AMOUNT                  €7,113.00

PAYEE BANK:    15-20-25  ROYAL BANK OF SCOTLAND
                        5 10 GREAT TOWER ST
                        LONDON EC3P 3HX
                        SORT CODE 152025
                        WATERSON HICKS

PAYEE CUSTOMER:

PAYEE CUSTOMER A/C:     22072326

PAYER BANK:    30-96-34  LLOYDS BANK PLC
                        MONUMENT INTTNL OFFICE
SWIFT SENDERS ADDRESS:  RIBLSARIXXX
PAYER CUSTOMER:         MARINA WORLD

PAYER CUSTOMER REF:

PAYMENT DETAILS:

INFO TO PAYEE BANK:     LLOYDS TSB CHG GBP    12.00 DED
                        UCTED

```
                                                    15 MAY 01

                              RBS REF: SJYCXYRQQ000T

                              TIME SENT 10:08:31    RECD 10:08:31

ADVICE OF PAYMENT RECEIVED FROM CHAPS

A/C NUMBER 22072326 HAS BEEN CREDITED

SETTLEMENT BANK:          LLOYDS BANK
SETTLEMENT BANK REF:      FT0004994572026110
PAYMENT TYPE:             10

AMOUNT           15-20-25  £7,113.00

PAYEE BANK:               ROYAL BANK OF SCOTLAND
                          510GREAT TOWER STREET LONDON EC3P
                          3HX,U.K.

PAYEE CUSTOMER:           WATERSON HICKS


PAYEE CUSTOMER A/C:       22072326

PAYER BANK:      30-96-34  LLOYDS BANK PLC
                          MONUMENT INTNL OFFICE
SWIFT SENDERS ADDRESS:    RIBLSARIXXXX
PAYER CUSTOMER:           MARINA WORLD


PAYER CUSTOMER REF:

PAYMENT DETAILS:


INFO TO PAYEE BANK:       LLOYDS TSB CHG GBP    12.00 DED
                          UCTED
```

# EXHIBIT 9

——————[Konstantinos Fotinos]——————



**R.S. Platou (Asia) Pte Ltd**
**<tankers@platou.com.sg>**

11/07/2005 10:25
Please respond to R.S.
Platou (Asia) Pte Ltd

To: "Capt Christos vogiatzis" <tankers.ops@marmaras-nav.gr>
cc:
Subject: Fw: MT Pelegon - Freight Remittance Detail

Dear Capt Christos,

Ref M/T Pelagos frt remittance, following from chrtrs fyr;

qte

Date  : 11-07-2005

To    : R. S. Platou (Asia) Pte Ltd
Attn  : Capt. Abdul Waheed

From  : International Oil Overseas Inc., Jeddah

Ref   : MT Pelegon C/P Dtd 28-05-2005
        Freight Remittance Detail Of Total USD 1,329,824.29
................................................................
...

Ref above mentioned c/p, this is to inform the owners that charterers
have arranged remittance of freight + time loss for slow down for total
amount of USD 1,329,824.29 (i.e. as per owners freight invoice dtd 23/06
& and per owners invoice for time loss to slow down to arrive Sing dtd
4/07) to owners nominated bank account being freight thru Riyad Bank,
main branch Jeddah.

Please confirm safe receipt of above amount.

B-Regard
IOOI / Ops Dept

unqte

Rgds
Capt. Waheed

```
18-JUL-2005  15:25   FROM                      TO  2104589032              P.02/02
**********************************************************************
* PRINT NUMBER MLQSPFQ56432 PRINTED BY MLQ OPR K94 ON 18JUL2005 AT 12:56:02   *
*                        PRINT CLASS RX RECEIVE                               *
*                                                                            *
* IRN 19300466/              SERVICE IN  SWFDS    HASH 1111                   *
* SRN 12MIDLGRAAAXXX084/69   SERVICE OUT MQ548I   OSN  084769                 *
*                                                                            *
* SENDER ADDRESS            MRMDUS33                                          *
* ROUTE CODE (RRBIANY )     HSBC BANK USA NA                                  *
*                           NEW YORK                                         *
*                           UNITED STATES                                    *
**********************************************************************
* *** WARNING *** THIS PRINTOUT IS A REPRINT                                  *
* *** REMARK *** AUTHENTICATOR CORRECT                                        *
**********************************************************************
                      AS RECEIVE HEADER WITH TRANSLATED TEXT
--------------------------------------------------------------------
{1:F01MIDLGRAAAXXX7376084759}
{2:01032205050711MRMDUS33BXXX07918A00300607120505N}
{3:{108:193003273}
{4I9:STP}}
--------------------------------------------------------------------
MT103 SINGLE CUSTOMER CREDIT TRANSFER
20  TRN                         TT MNY193010920
23B BANK OPERATION CODE         CRED
32A VAL DATE (CCY/AMT)
    VAL DATE                    12JUL2005
    CCY/AMT                     USD1,329,784.29
50K ORDERING CUSTOMER
    FULL N/A                    MARINA WORLD SHIPPING CO
52A ORDERING BK
    SWIFT ADDRESS               CHASUS33
                                JPMORGAN CHASE BANK NA
                                NEW YORK
                                UNITED STATES

53A SENDER REIMB THRU
    SWIFT ADDRESS               MIDLGRAA
                                HSBC BANK PLC
                                PIRAEUS
                                GREECE

59  BENEF CUSTOMER
    A/C NO                      /00102519903b
    FULL N/A                    BEAM COMPANY INC
70  REM INFO                    /RFB/BNF OF 060/11
                                IBAN GR690/1000100000010251990b FR
                                EIGHT PYNT OUR REF.381
71A DETAILS OF CHARGES          SHARE TRANSACTION CHARGES
72  SENDER TO RECEIVER INFO     INSTRUCTIONS FOLLOWING ARE FOR THE
                                'ACCOUNT WITH' BANK
                                AT YR 93 AJTU NUAIYKU STR PIRA
                                // FUS GRFFCF(ORR)RIYAD BANK RIYADH
                                // 11411, SAUDI ARABIA
                                //(SNDCHG)USD25.00

TRAILER
{5:
{MAC:0FC6EA8B}
{CHK:86FCA9659A85}}
--------------------------------------------------------------------
                     PRINT NUMBER MLQSPFQ56432 WILL CONTINUE ON PAGE 2

                                                              TOTAL P.02
```

EXHIBIT 10

(4)

```
*****************************************************************************
RINTER:GR501    24/08/04 SEQ NO:000095 GRPRTSI   SW CHASUS33XXXX
*****************************************************************************
SWIFT MESSAGE
MT103 Single Customer Credit transfer (All forms)
MAR     : 040824RBOSGRAAAXXX4045009015
Status  : R
****************************************** Message Text ********************
1:F01RBOSGRAAAXXX4045009015
2:O1030442040824CHASUS33DXXX163/891695040824142N
SENDER:         CHASUS33XXXX
                JPMORGAN CHASE BANK
                NEW YORK,NY
MESSAGE TYPE:   103
SENDER'S INPUT TIME: 04:42
MIR:            040824CHASUS33DXXX163/831695
RECEIVED:       24/08/2004 11:42
PRIORITY:       NORMAL
4:
:20: SENDER'S REFERENCE
     1201800237JS
:23B:BANK OPERATION CODE
     CRED
:32A:VALUE DATE:040824
     CURRENCY CODE:USD
     AMOUNT:360703,
:33B:CCY/ORIGINAL ORDERED AMT
     USD360733,
:50K:ORDERING CUSTOMER
     MARINE WORLS SHIPPING

:52A:ORDERING INSTITUTION
     RIBLSARI
     RIYAD BANK
     RIYADH
:57D:ACCOUNT WITH INSTITUTION
     THE ROYAL BANK OF SCOTLAND PLC
     PIRAEUS BRANCH 61 AKTI MIAOULI 1851
     JPMORGEN CASE BANK
     SWEFT CODE RBOSGRAA
:59: BENEFICIARY CUSTOMER
     /QR1106400010000000155454100
     BILKAR SHIPPING COMPANY LTD
:71A:DETAILS OF CHARGES
     BEN
:71F:SENDER'S CHARGES
     USD30,00
:72: SENDER TO RECEIVER INFO
     /BOOK/1201800297JS
5:
MAC:898CAA9B
CHK:0A21601E8156
****************** Message Audit Details ********************
24/08/2004  09:43:09  IDS          SWIFT IN
AUTHENTICATION SUCCESSFUL - MAC
24/08/2004  09:43:09  934          MESSAGE ROUTED
TO: GRPRTSI   RBOSGRAA *** RULE 100
******************************* End of Message*****************************
```

AH 9192

AH 9192

M-T PR161P3J

EXHIBIT 11

⑥

```
*****************************************************************
PRINTER:GR501    24/05/04 SEQ NO:000103 GR501    SW CHASUS33XXXX  REPRINT
*****************************************************************
SWIFT MESSAGE
MT103 Single Customer Credit transfer (All forms)
MAR      : 040524RBOSGRAAAXXX3976985808
Status   : R .
********************** Message Text **********************
1:F01RBOSGRAAAXXX3976985808
2:O10301370405240CHASUS33CXXX71798553490405240837N
SENDER:               CHASUS33XXXX
                      JPMORGAN CHASE BANK
                      NEW YORK,NY
MESSAGE TYPE:         103
SENDER'S INPUT TIME:  01:37
MIR:                  040524CHASUS33CXXX7179855349
RECEIVED:             24/05/2004 08:37
PRIORITY:             NORMAL
3:
:119:VALIDATION REQUEST FOR
     STP
4:
:20: SENDER'S REFERENCE
     8260100144JS
:23B:BANK OPERATION CODE
     CRED
:32A:VALUE DATE:040524
     CURRENCY CODE:USD
     AMOUNT:866524,02
:33B:CCY/ORIGINAL ORDERED AMT
     USD866554,02
:50K:ORDERING CUSTOMER
     MARINE WORLD SHIPPING

:52A:ORDERING INSTITUTION
     RIBLSARI
     RIYAD BANK
     RIYADH
:59: BENEFICIARY CUSTOMER
     /GR58 0640001000000042000310Ø USD
     NORD COMPANY LTD.(LIBERIA)
:70: REMITTANCE INFORMATION
     FREIGHT PAYMENT REF.317
:71A:DETAILS OF CHARGES
     BEN
:71F:SENDER'S CHARGES
     USD30,00
:72: SENDER TO RECEIVER INFO
     /ACC/AT YR PIRAEUS BRANCH,61 AKTI M
     //IAOULI 185 10 PIRAEUS GREECE
     ///BOOK/8260100144JS
5:
MAC:3B44D79F.
CHK:D41DFEC40464
******************* Message Audit Details *******************
24/05/2004  08:37:25  IDS          SWIFT IN
AUTHENTICATION SUCCESSFUL - MAC
24/05/2004  08:37:25  935          MESSAGE ROUTED
TO: GRPRTSI   RBOSGRAA *** RULE 100
```

*AH 7052*

*MT NORD SEA*

EXHIBIT 12

```
************************************************************
PRINTER:GR501    15/09/04 SEQ NO:000201 GRPRTSI   SW RIBLSARIXXXX
************************************************************
SWIFT MESSAGE
MT103 Single Customer Credit transfer (All forms)
MAR    : 040915RBOSGRAAAXXX4061013657
Status : R
********************************* Message Text *********************
1:F01RBOSGRAAAXXX4061013657
2:O1031320040915RIBLSARIAXXX3150823856040915132ON
SENDER:            RIBLSARIXXXX
                   RIYAD BANK
                   RIYADH
MESSAGE TYPE:      103
SENDER'S INPUT TIME: 13:20
MIR:               040915RIBLSARIAXXX3150823856
RECEIVED:          15/09/2004 13:20
PRIORITY:          NORMAL
3:
:108:MSG USER REF
     E108040915031921
4:
:20: SENDER'S REFERENCE
     1014825909513400
:23B:BANK OPERATION CODE
     CRED
:32A:VALUE DATE:040915
     CURRENCY CODE:USD
     AMOUNT:1133794,91
:50K:ORDERING CUSTOMER
     MARINE WORLD SHIPPING CORP
:53A:SENDER'S CORRESPONDENT
     CHASUS33XXX
     JPMORGAN CHASE BANK
     NEW YORK,NY
:54A:RECEIVER'S CORRESPONDENT
     CHASUS33XXX
     JPMORGAN CHASE BANK
     NEW YORK,NY
:57D:ACCOUNT WITH INSTITUTION
     THE ROYAL BANK OF SCOTLAND PLC
     PIRAEUS BRANCH 61AKTI MIAOULI 18510
     GREECE SWEFT CODE RBOSGRAA
:59: BENEFICIARY CUSTOMER
     /GR58064000100000000420003100
     NORD COMPANY LTD LIBERIA
:70: REMITTANCE INFORMATION
     HIRE PAYMENT OUR REF.332
:71A:DETAILS OF CHARGES
     SHA
5:
MAC:0FF5925C
CHK:DOF617A3A621
********************** Message Audit Details **********************
15/09/2004  11:20:29  IDS              SWIFT IN
AUTHENTICATION SUCCESSFUL - MAC
15/09/2004  11:20:29  934              MESSAGE ROUTED
TO: GRPRTSI    RBOSGRAA *** RULE 100
************************** End of Message*************************
```

AH9719

M.V. NORD SEA



The Royal Bank
of Scotland plc

Piraeus Branch
61 Akti Miaouli
GR-185 10 Piraeus

Date

EXHIBIT 13

----------[Konstantinos Fotinos]----------



"Jahre Dahl Bergesen
AS - Trond Sending"
<ts@jdb.no>

13/01/2005 13:48

To: "NORD COMPANY LTD (FREIGHT) - PIRAEUS"
     <tankers.ops@marmaras-nav.gr.>
cc:
Subject: MT Nord Sea/IOOI CP 1.1.05. - Freight Remittance Detail

FOLLOWING FROM CHARTERERS:

Please note following from the Charterers and acknowledge safe receipt
of funds.

Subject: Fw: MT Nord Sea - Freight Remittance Detail

+++++ QTE +++

<----- Original Message ----->
From: Ashfaq Kadri <akadri@emailsrvc.com>
To: <amn_seawise@yahoo.com>; <tankers@platou.com.sg>;
Received: 1/13/2005 6:57:24 PM
Subject: [ABMN] MT Nord Sea - Freight Remittance Detail Of
Ref: 130105-ABMN011195 - R.S. Platou

Date    : 13-01-2005

To      : R. S. Platou (Asia) Pte Ltd
Attn    : Capt. Adnan

From    : International Oil Overseas Inc., Jeddah

Ref     : MT Nord Sea C/P Dtd 01-01-2005
          Freight Remittance Detail Of USD 302,250.00
.....................................................................
......

Ref above mentioned c/p, this is to inform the owners that charterers
have arranged remittance of freight amount of USD 302,250.00 (i.e. as
per owners revised freight invoice dtd 10/01/05) to owners nominated
bank account being freight thru Riyad Bank Jeddah.

B-Regard

IOOI / Ops Dept

+++ UNQTE +++

Best Regards
Simon Ledger
ACM Shipping Limited

Telephone 020 7930 7666
Fax 020 7930 0115
Telex 296406
E-mail ops@acmshipping.co.uk

Home 01322 615758
Mobile 07770 687793



```
:20: SENDER'S REFERENCE
     9223900016JS
:23B:BANK OPERATION CODE
     CRED
:32A:VALUE DATE:050118
     CURRENCY CODE:USD
     AMOUNT:302242,
:33B:CCY/ORIGINAL ORDERED AMT
     USD302250,
:50K:ORDERING CUSTOMER
     MARINA WORLD SHIPPING CORP

:52A:ORDERING INSTITUTION
     RIBLSAR1
     RIYAD BANK
     R1YADH
:59: BENEFICIARY CUSTOMER
     /GR5806400010000000420003100 USD
     NORD COMPANY LTD LIBERLA
.70: REMITTANCE INFORMATION
     FREIGHT PAYMENT REF.359
:71A:DETAILS OF CHARGES
     BEN
:71F:SENDER'S CHARGES
     USD8.00
:72: SENDER TO RECEIVER INFO
     /ACC/AT YR PIRAEUS BR. 61 AKTI MISO
     //ULI 185 10 PIRAEUS GREECE
     ///BOOK/9223900016JS
S:
MAC:A9F47CC6
CHK:1F192F14572B
DLM:
****************** Message Audit Details ***************
18/01/2005  05:32:26  IDS        SWIFT IN
AUTHERIICATION SUCCESSFUL - MAC
18/01/2005  05:32:26  933        MESSAGE ROUTED
```

A12920

M.1. NORD SEA

EXHIBIT 14

**Graham Pilkington**

From:           Michael Hope
Sent:           22 November 2005 15:45
To:             Graham Pilkington
Subject:        "PRIGIPOS" - OUTSTANDING MARMARAS CLAIMS


To:     Graham Pilkington
        NEPIA

From:   Michael Hope
Ref:    04/FDD/A/MKH/RH

WITHOUT PREJUDICE

Graham,

I have been authorised by IOOI to pass on the following settlement proposal. They are willing to settle the four outstanding claims with Marmaras for the total sum of US$195,000.00, inclusive of interest and costs, with payment to be effected within 10 days upon presentation of an invoice. IOOI will pay against a copy of the invoice, but require the original invoice to be forwarded to them in the post. For the sake of good order, the four claims are the following:

MT "NORD SEA" - C/P 01/01/05
MT "NORD SEA" - C/P 22/04/04
MT "NORD SEA" - C/P 12/08/04
MT "PRIGIPOSE" - C/P 12/08/04

Please let me know if your Members agree to the above proposal.

Kind regards

Michael Hope
Manager - North Insurance Management Ltd
As Managers on behalf of the North of England P&I Association Limited
michael.hope@nepia.com

This message, and any associated files, is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately.

The North of England Protecting and Indemnity Association Limited. Registered in England No.505456. Registered Office: The Quayside Newcastle Upon Tyne NE1 3DU UK. Telephone: +44 191 2325221. Fax: +44 191 2610540, Telex: 53634 / 537316

1

23.11.05  14:18   FRA:JAHRE DAHL BERGESEN AS          +47-33464730          05 P.01/01 F-992



# INVOICE.

To    : Messrs. International Oil Overseas Inc. – Jeddah.
       c/o The North of England P&I Asssociation Ltd
       The Quayside,
       Newcastle upon Tyne

       United Kingdom.


**M/T Nord Sea cp 22/4-04 - 12/8-04 and 1/1-05. M/T Prigipos cp 12/8-04.**


Agreed amount, included interest and costs, as full and final          **Usd. 195.000,-**
settlement under above charter parties:


Above amount payable to:

The Royal Bank of Scotland Plc. – Piraeus Branch
61, Akti Miaouli
185 10 Piraeus, Greece.
swift: rbosgraa
a/c no: 420003 – 100 usd
Iban no: gr58 0640 0010 0000 0042 0003 100
favour: Nord Company Ltd.
corresponding bank of RBS in New York:
J.P.Morgan Chase Bank N.York
aba no: 021000021


on behalf of Nord Company Ltd and Bilkar Shipping Company Ltd.

Trond Sending

**Jahre Dahl Bergesen AS**
P.O.Box 1263, N-3205 Sandefjord, Norway
Telephone: 47 33 48 47 00, Telefax: 47 33 46 72 00
E-mail: jdb@jdb.no
Telex: 21777 Thori N
www.jdb.no
Visiting address: Strandpromenaden 9, Sandefjord
Enterprise number: NO 976 932 733 MVA

```
4:
:20: SENDER'S REFERENCE
     7993000351FS
:23B:BANK OPERATION CODE
     CRED
:32A:VALUE DATE:051221
     CURRENCY CODE:USD
     AMOUNT:194952,
:33B:CCY/ORIGINAL ORDERED AMT
     USD194983,
:50K:ORDERING CUSTOMER
     MARINA WORLD SHIPPING CORP
:52A:ORDERING INSTITUTION
     RIBLSARI
     RIYAD BANK
     RIYADH
:59: BENEFICIARY CUSTOMER
     /421605 100 USD
     NOSTOS HOLIDING INC.
:70: REMITTANCE INFORMATION
     SETTLEMENT OF DEMURRAGE PAYMENT
     REF. 422 IBAN
     GR0706400010000000421605100
:71A:DETAILS OF CHARGES
     BEN
:71F:SENDER'S CHARGES
     USD31,00
:72: SENDER TO RECEIVER INFO
     /BOOK/7993000351FS
5:
MAC:A8964DEF
CHK:08F143AEBEA5
DLM:
*********************** Message Audit Details ******************
21/12/2005  05:32:29  IDS              SWIFT IN
AUTHENTICATION SUCCESSFUL - MAC
21/12/2005  05:32:30  930              MESSAGE ROUTED
```

AK 1883

M.V. NORD SEA

## ❈ The Royal Bank of Scotland plc

Piraeus Branch
45 Akti Miaouli
GR-185 10 Piraeus

Date

| To NOSTOS HOLDING INC | We have debited your account with the amounts shown below according to your instructions. | |
|---|---|---|
| c/o Marmaras Nav | We have credited your account with the amounts shown below in relation to the payment printed above. | 421605 |

| | Amount | | Payment |
|---|---|---|---|
| HC | 741 | 194,952.00 | Commission |
| | | | Transfer charges |
| | | | Total |
| | | | Our ref. |

Είναι απόλυτα κατανοητό ότι το έμβασμα εκτελείται με την ευθύνη του εντολοδότη και ότι η The Royal Bank of Scotland plc και / ή οι ανταποκριτές της δεν αναλαμβάνουν καμμία απολύτως ευθύνη για τυχόν καθυστέρηση κατά τη μεταφορά ή για παράλειψη εντοπισμού του δικαιούχου. Είναι επίσης κατανοητό ότι η εφαρμοζόμενη ισοτιμία μετατροπής (σε περίπτωση ξένου νομίσματος) θα είναι η ισχύουσα στο κεντρικό μας κατάστημα του Λονδίνου κατά την ημέρα της επεξεργασίας του εμβάσματος εκτός εάν έχει προηγηθεί διαφορετική συμφωνία.

It is clearly understood that the payment is undertaken at the sender's risk and that The Royal Bank of Scotland plc and / or their agents accept no liability whatsoever for any delay in transit or from failure to identify the beneficiary. It is also understood that the applicable rate of exchange (in the case of foreign currency) will be that ruling on the date of processing in our Head Office unless otherwise previously agreed.

EXHIBIT 15

wTELIX 5.69 ** Message printout ** Printed:16/04/2002 10:37 by:mv   Page 3/25
I  IF 121FB-00*1504 1905 020 7929 3748>HICKS     F SHIB      CLAIMS    2mv

15-APR-2002  17:05   FROM  WATERSON HICKS              TO  0030100090105        P.03/25



# MRC INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

**Prepared for:**
**Waterson Hicks**

**Attention:**
**John Hicks**

**MRC Investigations Report on:**

## The Bakri Group
### &
### International Oil Overseas Inc.

Report supplied under MRC's published Terms and Conditions of Sale.
Note in particular that MRC reports are for the client's business use only
and the contents are not to be passed in whole or part to any third party
without prior written agreement from MRC.

MRC Ref: S259 00888 / 10158786   11 April 2002        Page 1

15-APR-2002  17:05   FROM  WATERSON HICKS            TO  0030100090105        P.04/25

# MRC INVESTIGATIONS

## The Bakri Group / International Oil Overseas Inc

## INSTRUCTION

On the 19th March 2002, instruction was received from Messrs Waterson Hicks to investigate the ownership and structure of the Bakri Group of companies, Saudi Arabia - including relations to International Oil Overseas Inc. (IOOI) of Panama. The primary aim of the investigation is to connect IOOI to the Bakri Group of companies and hence from there to assets which may be attached as security to a claim. Additionally the question of Sheikh Abdul Kader Bakri Mohamed Saleh Al Smakari's (Bakri) involvement as the controlling force behind IOOI between February and May 1998 is also to be addressed, and his role in control of the Bakri companies referred to within Lloyds Registry of International Shipowning Groups.

As we understand it, this investigation surrounds your wish to enforce an arbitration award in favour of your clients against IOOI as the debtor against which this claim arose. As IOOI is considered assetless, the enforcement of the award is sought through the attachment of assets that are in common ownership/control of IOOI and the Bakri Group.

The ideal method by which this might be achieved was considered to be the arrest of a vessel within the common ownership of IOOI / The Bakri Group which may call at South Africa, or another suitable jurisdiction. In this light, the vessels *Quds* and *Talbah I* were identified as potential targets prior to our investigation and details were sought of their ownership and operations to tie them to Bakri and IOOI.

In addition to these two vessels, we also included enquiries against the *Sea Wind, Yasmeen* and *Al Marwah*. The reason for this was to provide a

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:37 by:mv   Page 5/25
I  IF 121FB-00+1504 1905 020 7929 3748>HICKS     P SHIB        CLAIMS     2mv

15-APR-2002  17:06  FROM  WATERSON HICKS              TO  0030108090105        P.05/25

**MRC INVESTIGATIONS**

The Bakri Group / International Oil Overseas Inc

broader, and therefore greater, chance of providing evidence of common control against all of the vessels through the selection of vessel flagged in different jurisdictions - in this case Panama as well as Saudi Arabia.

Our enquires on this matter have been based upon research of our internal records and multi-media resources, via third party market sources and through corporate and flag registry searches.

## BACKGROUND INFORMATION - THE BAKRI GROUP

The Bakri group is headed by Abdul Kader Bakri, with a number of other family members also involved in management of various companies within the overall group. The group's structure is not transparent, since Saudi trading groups rarely have any conventional corporate organisation, but is represented by separate companies, established by the principals for particular businesses. In the case of the Bakri group, this is a series of companies, active in shipping, trading, bunkering and, latterly, port operations, but with no formal holding structure. As such, the term Bakri Group is used loosely to describe all of the companies there n, rather than it being a formally incorporated company.

Central to the Bakri Group is Bakri Trading Co. Inc. The core activity of this company is as a trader, charterer and supplier in the Asian oil market, particularly in relation to refined oil products, such as fuel oil, gas oil, diesel oil, naptha, kerosene and jet oil. The company regularly participates in government-sponsored tenders issued by the national oil companies of Pakistan, Sri Lanka, and India, and to a lesser extent, Vietnam, Egypt,

MRC Ref: S259 00888 / 10158786   11 April 2002        Page 3

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:37 by:mv   Page 6/25
I   IF 121FB-00*1504 1905 020 7929 3748>HICKS     P SHIB        CLAIMS     2mv

15-APR-2002 17:06   FROM  WATERSON HICKS                TO  0030100090105        P.06/25

**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

and Nepal. Bakri Trading sources its crude oil and refined oil products from Saudi Arabia and the Gulf States.

A Panamanian-registered affiliate, International Oil Overseas Inc. (IOOI), frequently acts as Bakri's chartering arm and is registered in tanker charter parties as the nominated counterparty, mainly for crude oil shipments supporting the trades conducted by Bakri Trading.

The other main operating company of the Bakri group, acting in close liaison with **Bakri Trading**, is **Bakri Navigation Co Ltd**, which currently operates a fleet of 39 tankers of various types. 17 of these are employed in the distribution of refined products within the Arabian Gulf-Red Sea region, 22 are operated internationally, mainly transporting oil to ports in the Indian sub-continent and the Far East.

The majority of the vessels are 1970s-built. However, in recent years Bakri Navigation has invested in newbuilding tonnage, taking delivery of two 45,000 dwt chemical carriers from the South Korean shipyard Hanjin in 2000, these being the vessels *"Quds"* and *"Taibah I"*. Both these vessels are presently understood to be trading in the Far East.

The company's vessels are mainly chartered out to Saudi operators, which include the state-owned companies, Vela, SABIC and Petromin, or are employed in Bakri group business, which includes bunkering operations.

In Yanbu, Bakri Navigation leases the only bunker station (berth 21) which has a capacity of 16,000 tonnes of fuel oil and 12,000 tonnes of gas oil.

MRC Ref: S259 00888 / 10158786   11 April 2002        Page 4

15-APR-2002  17:07  FROM  WATERSON HICKS                  TO  0030108090105              P.07/25

**MRC** INVESTIGATIONS

---

### The Bakri Group / International Oil Overseas Inc

The monthly physical sales here are placed at 15,000 tonnes of fuel oil and 2,000 tonnes of gas oil.

Bakri Navigation also leases maritime facilities at the King Fahed Industrial Seaport in Jubail and the Jubail Commercial Seaport, both in The Eastern Province. It also operates Jeddah Drydock.

The other significant components of the Bakri Group of companies, but which are less significant in role, include **Bakri International Energy Corporation** (formerly known as Bakri Bunker Trading Co or Bakri Bunkering) which is the principal bunkering arm of the group. The UK-based Arabian Bunkering Ltd was rumoured to act as its agent and handling Bakri's sales in Europe as its agent. Leastways this later company has had strong ties to Bakri in the past.

Market sources suggest that the Bakri family controls other regional bunkering/oil trading companies, most notably Transgulf Oil and Shipping Inc and East Africa Maritime Inc, both of which are registered in Liberia.

**Red Sea Marine Services** acts as the Bakri Navigation feet manager. Supplies of fuels for the fleet, where sourced external to the group, are ordered by another company, **Ocean Marine Services.**

Other non-shipping and energy companies are believed to include **Khomasia Establishment, Bakri Real Estate, Bakri National Commercial Co, Bakri Trading and Contracting.**

---

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:37 by:mv   Page 8/25
I  IF 121FB-00*1504 1905 020 7929 3748>HICKS   P SHIB          CLAIMS    2mv

15-APR-2002  17:07   FROM  WATERSON HICKS                 TO  0030108050105      P.08/25

**MRC INVESTIGATIONS**

The Bakri Group / International Oil Overseas Inc

## COMPANY FINDINGS

In light of the above, corporate registry searches were conducted against a variety of Bakri Group companies associated to the ownership and operation of the vessels *Quds, Taibah 1, Yasmeen* and *Al Marwah*. The results of these searches and enquiries are described below, company by company.

- **International Oil Overseas Inc**

IOOI was confirmed as registered as a private limited company in the offshore jurisdiction of Panama on the 1st August 1990.

IOOI was officially registered in Panama under Public Deed No. 8247, dated the 30th July 1990, of the First Notary Public. This is recorded under Microjacket 236054, Roll 30116, Frame 0116 of the Microfilm (Commercial Section) of the Panamanian Public Register.

There is no specific classification of the activities of IOOI on public record in Panama. The activities of the company are merely registered as 'general'. The company has a registered share capital of US$10,000 divided into 10,000 shares of US$1 par value.

Unfortunately, there are no shareholders listed on file in Panama. However, even if the shareholders were listed, we would expect them to be nominees. In this case, the direct shareholders may well be members of the local law firm which registered IOOI and acts as it's legal representative in Panama. This law firm is Patton Moreno & Asvat.

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:38 by:mv   Page 10/25
I  IF 121FB-00*1504 1905 020 7929 3748>HICKS      P SHIB        CLAIMS    2mv

15-APR-2002  17:08   FROM  WATERSON HICKS                TO  0030108090105        P.10/25



**MRC INVESTIGATIONS**

The Bakri Group / International Oil Overseas Inc

We do not presently know if this address has been used as a contact for
IOOI.

The significance of ABL and ABS (as previously mentioned) is the working
relationship between these companies and the Bakri Group. Such
involvement is understood to have included acting as agents for Bakri
Bunker Trading. We do not know if ABS have continued this commercial
relationship with Bakri Bunker Trading or any other components of the
Bakri Group. However, we understand from third party market sources that
Bakri have stressed that ABL/ABS have only ever acted in a brokerage
role for the company and never as agents.

As far as we have been able to ascertain, there has never been any direct
ownership interest between any of the Bakri companies and ABL, or ABS.
Companies House records in the UK have never shown such a
connection. From market enquiries conducted in the past, we have no
reason to doubt a very close relationship between ABL (specifically John
Noyon) and members of the Bakri Group. The relationship, as stated, is in
a commercial capacity only.

However, by means of Public Deed No. 10400, dated the 10th December
1997, the corporate officers for IOOI were changed to (i.e. replacing John
Noyon, David Noyon and Patrick Feely):

| | |
|---|---|
| Director/President: | Abdel Kader Mohamed El Amin |
| Director/Treasurer: | Saber Abu Ammara |
| Director/Secretary: | M. Othaman Mahamed |

The above individuals were listed as domiciled at:

MRC Ref: S259 00888 / 10158786   11 April 2002          Page 8

15-APR-2002  17:08   FROM  WATERSON HICKS                TO  0030108090105          P.11/25

*MRC*

**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

P.O. Pox 1086

Fujairan

United Arab Emirates

When considering Abdel Kader Mohamed El Amin, Saber Abu Ammara and M. Othaman Mahamed, none of these names immediately tally with those known for either of Arabian Bunkering Ltd or Bakri Navigation Co. Ltd, nor other companies which are members of the Bakri Group.

However, the above address is known to belong to a company named as **Al Badia Bunkering Ltd**. Al Badia Bunkering Ltd, although of no direct connection in itself to the subjects of this report, does have a close working relationship (and believed common ownership) with another company named **Transgulf Oil & Shipping Ltd (TOS)**.

TOS is a Liberian registered company, previously active as a bunker supplier in the Persian Gulf. The company is in turn very strongly believed to be a vehicle controlled by the Bakri family and John Noyon. Although we do not have documentary evidence to support this, the aforementioned ABL (John Noyon) has acted as the world-wide agents for TOS and the company is understood to have utilised Bakri controlled tonnage for its local operations. As far as we understand the position at present, Transgulf Oil & Shipping Ltd has now ceased operating.

Although the direct shareholders of IOOI have not been disclosed on public file, there is some evidence to show a connection between the former, and current, corporate officers of IOOI with the Bakri Group. One source, an internationally recognised maritime exchange, has advised us that they were aware of a 'number' of arbitration awards against IOOI. This

MRC Ref: S259 00888 / 10158786   11 April 2002        Page 9

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:38 by:mv   Page 12/25
I  IF 121Fa-00*1504 1905 020 7929 3748>HICKS    P SHIB          CLAIMS    2mv

15-APR-2002  17:09   FROM  WATERSON HICKS                    TO  0030108090105          P.12/25



**MRC INVESTIGATIONS**

The Bakri Group / International Oil Overseas Inc
_____

source also stated that, as far as they were aware, these had not yet been honoured. This source did not identify the number of these awards or their value, but it would appear to be more than one. We do not have documentary evidence of these awards and so therefore cannot substantiate them. However, the awards were addressed to IOOI c/o Bakri in Jeddah.

Another source, an internationally recognised body representing shipowners, has advised us that the address listed against IOOI of Panama on one award they were aware of was:

Al Andulas Street
P.O. Box 3757
Jeddah 21481
Saudi Arabia

Fax: + 966 2 651 2908

The above address and fax number are both, from our internal records, those that have been used for Bakri Bunker Trading, Schiff Holdings Inc (the owner of the m/v Seawind) and Red Sea Marine Services Ltd. We understand that the office at this address is named the "Al Bakri Building" and that it houses a number of current Bakri Group companies, including Bakri Trading and Bakri Navigation.

• **Bakri Navigation Company Limited.**

The investigation was to also focus on whether the Bakri Navigation Company, hereafter BNC, is presently under the control of Abdul Kadar Bakri.

_____

MRC Ref: S259 00888 / 10158786   11 April 2002          Page 10

15-APR-2002  17:09   FROM  WATERSON HICKS         TO  0030100090105        P.13/25



**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

A corporate registry search was conducted into the company with the following results:

BNC was registered in Saudi Arabia on the 01st September 1978. It is a sharikat tadhamun bill asshum (limited liability partnership) registered under commercial registration number (C.R.No.) 4030012898, Jeddah.

The BNC's activities are given as ship owners, oil traders and oil tanker operators. BNC transports oil, petroleum products and petrochemicals at local, regional and international levels. Locally, it transports light Arab crude oil between the Kingdom of Saudi Arabia and Red Sea and Gulf Ports.

Regionally, the company transports products to East Africa, Gulf of Oman and the Indian Sub-continent. Internationally, it transports products to Europe and the Far East.

The company operates from a large suite of offices (reportedly owned), in the central business district of Jeddah, at the following address:

Al Bakri Building
Al Andulas Street
Al Hamra
Jeddah 21481
Saudi Arabia

(BNC also have offices in Dammam, Riyadh and Ras Tanura.)

The partners and management are listed as:

| Managing Partner: | Abdul Kader Bakri |
|---|---|

15-APR-2002  17:09  FROM WATERSON HICKS          TO  0030108090105        P.14/25



**MRC INVESTIGATIONS**

The Bakri Group / International Oil Overseas Inc

| Partner: | Raad Abdul Kader Bakri |
|---|---|
| Partner: | Waleed Abdul Kader Bakri |
| Partner: | Mohamed Hani Abdul Kader Bakri |
| Partner: | Zohair Abdulkader Bakri |
| Partner: | Ghassan Abdulkader Bakri |

Management:

| General Manager: | Mohamed Hani Abdul Kader Bakri |
|---|---|
| Assistant G.M.: | Captain F.N. Siddique |
| Operations Manager: | Mr. Jehanzev Khan |
| Contracts Manager: | Captain Ahmed Massoud |

Shareholders:

The company's authorised capital is Saudi Riyal 500,000. Of this, 100% is paid up and the shareholders are:

| Name | Value | Percentage |
|---|---|---|
| Abdul Kader Bakri | SR 275,000 | 55% |
| Zuhair Abdul Kader Bakri | SR 45,000 | 09% |
| Ghassan Abdul Kader Bakri | SR 45,000 | 09% |
| M. Hani Abdul Kader Bakri | SR 45,000 | 09% |
| Waleed Abdul Kader Bakri | SR 45,000 | 09% |
| Raad Abdul Kader Bakri | SR 45,000 | 09% |

According our enquiries with local agents in Saudi Arabia, the following are listed as "sister concerns", we understand by reason of common shareholders and/or corporate officers:

MRC Ref: S259 00888 / 10158786   11 April 2002          Page 12

wTELAX 5.69 ** Message printout ** Printed:16/04/2002 10:38 by:mv    Page 15/25
I  IF 121FB-00*1504 1905 020 7929 3749>HICKS      P SHIB      CLAIMS    2mv

15-APR-2002  17:10   FROM  WATERSON HICKS            TO  0030100090105          P.15/25



**MRC** INVESTIGATIONS

The Bakri Group ; International Oil Overseas Inc

*Bakri International Energy Company Ltd*
Bakri Building
Al Maadi Street
Al Ruwais District
Jeddah
Saudi Arabia

*Penta Commercial Agencies*
Shemaisi
Riyadh
Saudi Arabia

*Al Khomasiah Est*
Al Bakri Building
Al Andulas Street
Al Hamra
Jeddah
Saudi Arabia

*Red Sea Marine Services*
Al Bakri Building
Al Andulas Street
Al Hamra
Jeddah
Saudi Arabia

*Bakri Trading Company Ltd*
Al Maadi Street
Jeddah
Saudi Arabia

*Marketing Integrated Services Centre*
Al Andulas Street
Jeddah
Saudi Arabia

We further understand from our enquiries that BNC has relations with the
following banks:

Riyadh Bank
Prince Fahad Street
Jeddah
Saudi Arabia

MRC Ref: S259 00888 / 10158786   11 April 2002          Page 13

15-APR-2002  17:10   FROM   WATERSON HICKS                    TO  0030100090105              P.16/25

**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

Saudi American Bank
Andulas Street
Jeddah
Saudi Arabia

These banks also have linked to other arms of the Bakri group and are
also listed as being the bankers of RSMS (see below).

- **Red Sea Marine Services Ltd:**

A corporate registry search was conducted into the company with the
following results:

RSMS was registered in Saudi Arabia on the 01st January 1989. It is a
sharikat tadhamun bill asshum (limited liability partnership) entity acting as
shipping agents and marine services contractors. The company is listed
as having 20 employees. The company works in conjunction with Bakri
Navigation (BNC) in providing management and agency services to
vessels operated within the Bakri Group. We understand that this largely
involves those vessel operated in coastal waters of Saudi Arabia.

The company operates from a leased small suite of offices at the following
address:

Al Bakri Building
Al Andulas Street
Al Hamra
Jeddah 21481
Saudi Arabia

The company's postal address is listed as:

P.O. Box 3757
Jeddah 21481
Saudi Arabia

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:38 by:mv   Page 17/25
I  IF 121WB-00*1504 1905 020 7929 3748>HICKS    P SHIB          CLAIMS    2mv

15-APR-2002  17:10  FROM  WATERSON HICKS          TO  0030100090105          P.17/25



**MRC INVESTIGATIONS**

### The Bakri Group / International Oil Overseas Inc

The partners and management are listed as:

| Managing partner: | Abdul Kader Bakri |
| Partner: | Zohair Abdul Kader Bakri |
| Partner: | Ghassan Abdul Kader Bakri |

The company's authorised capital is Saudi Riyal 3,500,00. Of this, 100% is paid up. Unfortunately, for reasons unknown, our agents in Saudi Arabia were unable to obtain any information on the identities of the shareholders of this capital.

As with Bakri Navigation (BNC) information from our local agents in Saudi Arabia described the following as "sister concerns" of RSMS:

*Bakri International Energy Company Ltd*
Bakri Building
Al Maadi Street
Al Ruwais District
Jeddah
Saudi Arabia

*Penta Commercial Agencies*
Shemaisi
Riyadh
Saudi Arabia

*Al Khomasiah Est*
Al Bakri Building
Al Andulas Street
Al Hamra
Jeddah
Saudi Arabia

*Bakri Navigation Company Ltd*
Al Bakri Building
Al Andulas Street

MRC Ref: S259 00888 / 10158786  11 April 2002          Page 15

wTELIX 5.69 ** Message printout ** Printed:16/04/2002 10:38 by:mv   Page 18/25
I  IF 121FB-00*1504 1905 020 7929 3748>HICKS    P SHIB      CLAIMS    2mv

15-APR-2002  17:11   FROM  WATERSON HICKS                  TO  0030108090105         P.18/25



**MRC INVESTIGATIONS**

The Bakri Group / International Oil Overseas Inc

Al Hamra
Jeddah
Saudi Arabia

*Bakri Trading Company Ltd*
Al Maadi Street
Jeddah
Saudi Arabia

*Marketing Integrated Services Centre*
Al Andulas Street
Jeddah
Saudi Arabia

## VESSEL ENQUIRIES

The following section describes the information obtained in respect of the vessels *Quds, Taibah I*, Seawind, Yasmeen and Al Marwah - whether through corporate and flag enquiries or market sources.

- ### *Quds & Taibah I*

Our attempts to source flag registration documents on both the Quds and Taibah I have met without success, and no prospect thereof. As both of these vessels are registered in Saudi Arabia, as are the majority of the Bakri fleet, we have been prevented from obtaining the relevant documents to identify registered owners and mortgage details. The Saudi shipping register will only release information at the behest of the owners. We have therefore been unable to pursue this line of enquiry. Given that Bakri would not release such information without disclosure of our client and purpose of the enquiry, we are unable to pursue this specific aspect.

---

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:38 by:mv   Page 19/25
I   IF 121FB-00*1504 1905 020 7929 3748>HICKS     P SHIB          CLAIMS    2mv

15-APR-2002  17:11   FROM  WATERSON HICKS              TO  0030100090105        P.19/25



**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

However, market sources have informed us that the vessels are presently on time charter to Saudi Arabia Basic Industrial Corp (SABIC) for 10 years. Every available source of public domain information, including all recognised shipping directories, list Bakri Navigation Co. Ltd as the owners of the vessels. It is further understood that the purchase of these vessels was financed on the back of a syndicated loan from the ANZ Investment Bank to the 'Bakri Group'. Sources further corroborated Bakri's purchase of the vessels by stating that the loan, in 1999, was for the purchase of 2 x 45,000 dwt chemical tankers - this obviously tallies with the base characteristics of both the *Quds* and *Taibah I*.

For information on Bakri Navigation Co. Ltd, as understood and believed to be the registered owners of the *Quds* and *Taibah I*, please refer to the section above.

**• *Sea Wind***

Due to the registration issue faced above, we sought to identify alternative vessels not registered in Saudi Arabia. The first such vessel investigated is:

Name: *Sea Wind*
Call Sign: 3EJD9,
Navigation License No. (Last): 2070493B
Legal Representative (Last): Patton, Moreno & Asvat
Registered Owners (Last): Schiff Holding Inc.
Address: Saudi Arabia

MRC Ref: S259 00888 / 10158786   12 April 2002        Page 17

15-APR-2002  17:12   FROM  WATERSON HICKS                         TO  0030100090105      P.20/25



**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

The information above obtained from the Panamanian Flag Registry, the vessel was cancelled from the register under Resolution 608 dated 25th February 2002.

The reasons for the cancellation from the register are unknown and we do not have any information which identifies the new flag register to which the vessel is assigned. As such, we contacted various market sources who deal with the Bakri Group who advised that the vessel was still actively trading, though none could embellish this information any further in respect of whether this was under the Bakri banner or not. According to additional searches through Lloyds Seasearcher vessel movements database, there have been no reports of the vessel's location since December 2001.

The vessel's reported P&I Club and Classification Society were contacted as part of our enquiries. According to the North of England P&I Club, the vessel is no longer covered by them although they do still cover other vessels within the Bakri fleet. The Hellenic Registry stated that the vessel was still in class, though they were unaware of the removal of the vessel from the Panamanian register, they informed us that the vessel is due for its annual survey in the very near future.

As noted above, the registered owner of the *Sea Wind*, at least until 22nd February 2002, is the company Schiff Holding Inc, Panama. Searches conducted in Panama retrieved the following information.

Schiff Holding Inc was registered in Panama on 16th September 1987 by means of Public Deed No.11769, dated 27/August/1987 of the First Notary Public, under Microjacket, 199174, Roll 22251, Frame 74 in the Microfilm (Commercial) Section.

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:38 by:mv    Page 21/25
I  IF 121FB-00*1504 1905 020 7929 3748>HICKS    P SHIB          CLAIMS    2mv

15-APR-2002  17:12   FROM  WATERSON HICKS                TO  0030100090105          P.21/25



**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

The company does not have a listed share capital on file nor any information as to the nominal value or number of shares. However, the Directors/Officers of the company are:

| President/Director: Abdul Kader Bakri |
| Treasurer/Director: Mohammed Hani Abdul Kader Bakri |
| Secretary/Director: Zohair Abdul Kader Bakri |

The address given on record is:

Al Maadi street,
P.O. Box 3757,
Jeddah 21481,
Saudi Arabia

The local Panamanian legal representative for Schiff Holding Inc is the law firm Arias, Fabrega & Fabrega, with the 'Legal Representative nominally described as 'The President'.

Obviously the above provides good evidence of connection between Schiff Holding Inc and the Bakri Group, it is not yet clear whether the Sea Wind remains owned by Schiff Holding Inc. No other market information at this time was able to establish if it has genuinely been sold, or simply transferred flag.

- *Yasmeen & Al Marwah*

The above results also led us to initial analysis of other ocean-going vessels understood to be operated under the banner of the general Bakri operated fleet.

15-APR-2002  17:12   FROM  WATERSON HICKS                TO  0030100090105          P.22/25



**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

The *Yasmeen* is a Liberian flagged products tanker of 37,009 dwt and built in 1976. According to our databases, the Yasmeen is directly owned by the Liberian domiciled plate company Seafoam Maritime Inc, itself registered in 1987.

However, enquiries through historical movements databases did not identify any international movements records since September 1999 – hence a very low likelihood of the vessel calling to South Africa or other convenient jurisdictions. So far as we can tell from onward enquiries, the vessel currently trades locally within Saudi waters. As such, in order to not unnecessarily expend cost budget, we did not undertake further corporate or flag investigations in Liberia. However, should this be required, the relevant searches and investigations can be made.

The *Al Marwah* is a 1975 built tanker of 87,452 dwt flagged in Panama. Records show that the registered owner of the vessel is the Liberian company Sea King Maritime Inc, itself founded in 1994. As with the Yasmeen, subsequent enquiries on the activities of this vessel prior to conducting searches identified that it had been scrapped at Gadani Beach, Pakistan on or about the 7th February 2002. As a result, no registration enquiries were undertaken.

CONCLUSION

The Bakri group is a large corporate organisation based upon the un-conventional structure often associated with Saudi Arabian corporations. The group is represented by separate companies, established by the principals for particular businesses. The group is headed by Abdul Kader

MRC Ref: S259 00888 / 10158786   11 April 2002        Page 20

wTELAX 5.69 ** Message printout ** Printed:16/04/2002 10:38 by:mv    Page 23/25
I  IF I21FB-00*1504 1905 020 7929 3748>HICKS    P SHIB         CLAIMS    2mv

15-APR-2002  17:13  FROM  WATERSON HICKS          TO  0030109090105         P.23/25



**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

Bakri, with a number of other family members also involved in management. The group is made up of numerous and varied concerns.

Our investigation took in the Panamanian-registered affiliate, **International Oil Overseas Inc.** (IOOI), who frequently act as Bakri Trading's chartering arm and is identified in tanker charter parties as the nominated counterparty, mainly for crude oil shipments. Also **Red Sea Marine Services** (RSMS) who acts as the Bakri Navigation fleet manager.

As part of our enquiries corporate registry searches were conducted into IOOI. No shareholders were listed on file in Panama and no direct evidence of Bakri ownership was obtained from this source, despite the appearance of Saudi corporate officers in 1997 addressed in Jeddah, Saudi Arabia. However, from market contacts, one source has advised us that one arbitration award given against IOOI in the past have addressed the latter as:

Al Andulas Street
P.O. Box 3757
Jeddah 21481
Saudi Arabia

Fax: + 966 2 651 2908

The above address and fax number are both, from our internal records, those that have been used for a variety of Bakri prefixed companies, including Bakri Trading, Bakri Navigation and Red Sea Marine Services. Bunker Trading, Schiff Holdings Inc and Red Sea Marine Services Ltd. The office at this address is also named the "Al Bakri Building" and is unlikely therefore to be a coincidence.

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:39 by:mv    Page 24/25
I  IF 121ES-00+1504 1905 020 7929 3748>SICKS    F SHIB    CLAIMS    2mv

15-APR-2002 17:13  FROM  WATERSON HICKS                    TO  0030108090105        P.24/25



**MRC INVESTIGATIONS**

The Bakri Group / International Oil Overseas Inc

There is good evidence to connect the primary Bakri vessel operating companies - Bakri Navigation Co and Red Sea Marine Services - through common ownership and/or domicile and corporate officers. Principally, the results of the corporate registry searches detailed the partners and management as Abdul Kader Bakri, Zohair Abdul Kader Bakri and Ghassan Abdul Kader Bakri as common to both. Information on the registered owners of the Bakri controlled vessel *Sea Wind* - Schiff Holding Inc - identified Abdul Kader Bakri, Mohammed Hani Abdul Kader Bakri and Zohair Abdul Kader Bakri as being Directors and Officers of the latter

In addition to the above, Bakri Navigation (BNC) is understood to have relations with Riyadh Bank and Saudi American Bank. These banks are linked to other arms of the Bakri group and are also understood to be the bankers of Red Sea Marine Services (RSMS).

Whilst we were unable to obtain flag registration documents for the vessels *Quds* and *Taibah I*, due to the fact that the Saudi authorities will not release such information as public record, the vessels are nonetheless listed in all recognised shipping directories as owned by Bakri Navigation Co (BNC).

Obviously the weakest link in the chain of evidence is the connection between IOOI itself and Bakri Navigation Co (BNC) or others. However, there is sufficient information of a circumstantial nature which gives good reason to consider the two companies, and Bakri Trading, to be associated.

This concludes our preliminary investigations within the original budget. There are obviously various avenues which can be pursued in more detail,

---

MRC Ref: S259 00888 / 10158786   11 April 2002          Page 22

wTELiX 5.69 ** Message printout ** Printed:16/04/2002 10:39 by:mv    Page 25/25
I .IF 121FB-00*1504 1905 020 7929 3748>HICKS     P SHIB        CLAIMS     2mv

15-APR-2002  17:14   FROM  WATERSON HICKS          TO  00301080090105          P.25/25

**MRC** INVESTIGATIONS

The Bakri Group / International Oil Overseas Inc

including Investigations against other vessels within the Bakri controlled
fleet. Please advise if you require the investigation to be extended on any
aspect.

MRC Ref: S259 00888 / 10158786   11 April 2002       Page 23

TOTAL P.25

**Bakri Trading Co Inc**

SAUDI ARABIA

Page 2      Corporate Details
Page 3      Business Development
Page 4      Financial
Page 5      Reputation
Page 5      Appraisal
Page 7      Fleet List
Page

2Bakri Trading Co Inc 5109 385 [[fax=0171 2043727]] [[name=DC / TM506 / 10023099]] [[append=    ]] [[message=Please find attached your report on Bakri Trading Co Inc. If you would like to discuss it further, please contact David Culverwell at MRC in Oxford.]][[recipient=Andrew Kemp]][[subject=Through Transport Mutual Services. (Europe)]][[cover=cover.txt]]

Report supplied under MRC's published Terms and Conditions of Sale. Note in particular that MRC reports are for the client's business use only and the contents are not to be passed in whole or part to any third party without prior written agreement from MRC.

## CORPORATE DETAILS

**MRC Report on:** Bakri Trading Co Inc.

**Address:**

Al Bakri Building, Suez Street, Al Andulas District, PO Box 3757, Jeddah 21481, Saudi Arabia.
Phone: +966 2 651 9995    Fax: +966 2 651 2908    Telex: 401557 BAKRI

**Legal Form:**

Limited liability company, registered in Saudi Arabia. Commenced operations in 1995.

**Ownership:**

Al-Bakri family.

**Management:**

Dr Zohair A.K. Al-Bakri  -  President

**Affiliate Offices:**

Bakri Bunker & Trading Co, Saudi Arabia; Bakri Navigation Co Ltd, Saudi Arabia; Bakri Trading Co Inc, Saudi Arabia; International Oil Overseas Inc., Panama; Red Sea Marine Services, Saudi Arabia etc.

**Main Activities:**

Shipowning, crude oil and products trading, bunker supply, port operations.

**Date of Last Accounts:**

N/A.

**Bankers:**

Riyadh Bank, Jeddah; Chase Manhattan Bank, Bahrain.

## BUSINESS DEVELOPMENT

Bakri Trading Co Inc is one of the key operating entities of the well established Bakri group of companies of shipping, oil trading and bunkering companies controlled by the Al-Bakri family. It was formed as a limited liability company in Saudi Arabia and commenced operations in 1995.

The group is controlled by Sheikh Abdul Kader Al-Bakri. A number of other family members are involved in management. The groups structure is not confirmed, since Saudi trading groups rarely have any traditional corporate organisation. They are likely to be separate companies, established by the principals for particular businesses. In the case of the Bakri group, this is a series of companies, active in shipping, trading, bunkering and, latterly, port operations, but with no formal holding structure.

Bakri Trading Co Inc is recognized as the primary oil trading entity of the group.

The other key companies are Bakri Navigation Co Ltd Inc, which operates a fleet of 15 owned tankers, ranging in size from the 4,030 dwt bunker supply vessel *Shamms* to the 87,452 dwt aframax tanker *Al Marwah*. It includes five chemical tankers of between 7,500 dwt and 12,000 dwt. In addition, Bakri has four floating storage barges and seven tugs. The core business, however, is the movement of oil between Saudi Arabia/Arabian Gulf, the Indian subcontinent and the Far East. Red Sea Marine Services functions as the Groups in-house technical ship management company, serving the Bakri fleets operational requirements.

International Oil Overseas Inc, Panama, is the Groups offshore-registered ship charterer and operator, while Supreme Global Inc, Panama, functions as the Groups offshore-registered cargo trading arm.

Bakri Bunker Trading Co provides bunker supplies in Saudi Arabian ports. Other Group affiliates active in shipping and trading are known to include Transgulf Oil & Shipping Inc, East Africa Maritime Inc, and International Supplies Ltd. Al Khomasia Establishment, Al Bakri Real Estate and Al Bakri Trading & Contracting Co are involved in real estate developments.

In April 1997, the Saudi Arabian Government, endorsed by King Fahd, announced a phased programme to hand over the management, operation and maintenance of ports controlled by the Saudi Ports Authority to the private sector. Under the first phase of the programme, the ro-ro goods terminal at Jeddah, the management of the King Fahd

ship repair complex at Dammam and the terminals for cargo and bulk wheat imports at Dammam and Jubail were offered as private concessions for leasing period of ten years. Forty-three companies were short-listed to acquire the concessions and their bids were evaluated during the period April-July 1997. The Bakri Group was awarded the concession to operate the Jubail terminal. Despite extensive enquiries, minimal information is available at the present time on the structure of this new arrangement since the project is still in its start-up phase.

## FINANCIAL

Bakri Trading Co Ltd is part of a group of companies domiciled in Saudi Arabia, where there is no obligation for companies to file any accounts. No financial information has been provided to us by the Bakri groups management.

The extent of the Al-Bakri familys worth, while believed to be considerable, has not been confirmed. Its known interests are concentrated in shipping, oil trading, bunker supplies.

Bakri Trading Cos trading activity is occasionally reported in the form of market fixtures. Estimates of its income from this source are difficult to quantify but are likely to fall in the US$20-30m range. On the basis of its own estimated supply volumes, Bakri Bunker & Trading is likely to be achieving an annual turnover in the region of US$60m through its operations at Jeddah and Yanbu. While margins in the bunker sector are never particularly good, this business should be profitable. The scale of the familys ownership interests in other bunkering operations - for example, at Fujairah - has not been quantified.

The shipping side of the group, Bakri Navigation, controls an owned fleet of 15 tankers. Turnover from this side of the business is estimated to be at least US$45m. International Oil Overseas and, possibly, other chartering companies, will have further boosted the groups revenues. The second hand value of Bakri Navigations fleet of mainly 1960/70s-built tankers is estimated at about US$35m.

Total Group turnover is therefore likely to be in the region of US$150m. However, without any hard financial data, this figure must remain no more than a rough estimate.

## REPUTATION

The Bakri Group is reasonably well known in the international oil and shipping markets. Although the groups commercial reputation is viewed as generally sound, there have been indications that its constituent companies are occasionally uncooperative in their dealings with overseas counterparties - an impression reinforced by its managements unwillingness to provide detailed information on its activities.

When, for example, Bakri Bunker Trading or Bakri Navigation appear on the international market as a purchaser of fuel or other supplies, delays in payment are to be expected. Purchasers have indicated that while quality/quantity problems are inherent in the bunker industry, Bakri Bunker has a higher proportion than many suppliers.

The owned fleets age profile is relatively elderly, and this has been reflected in its operating record over the years, with a number of casualties and accidents reported.

Chartering references for the group company International Oil Overseas have indicated a similar pattern. For example, two Greek owners who have dealt with the Group on a regular basis have reported that in the event of a charter party dispute, International Oil Overseas prefers to take matters all the way to arbitration rather than settling them by reasonable negotiation.

A Scandinavian owner has indicated that it would be unwilling to deal with the group again, in view of its allegedly difficult and uncommunicative attitude. However, this owner was confident that Bakri would remain a long term player in the market.

## APPRAISAL

Bakri Trading Co Ltd is part of the well-established Saudi shipping, oil trading and bunkering group. The group has been most widely known for its bunkering operations, but has also expanded its involvement in shipping and oil trading and, most recently, port operations, following its successful bid to operate the Port of Jubail under a ten year lease.

The financial standing of individual group members and of the overall Bakri operation, cannot be established, since no financial information is available and the full extent of their interests has not been disclosed. However, the Bakri groups recent pattern of investment in the expansion of its various activities support the view that the Group has substantial financial resources.

Reports have been received from market sources that problems may occur when dealing with Bakri group companies in the form of disputes and claims, and it is recommended that contracts are scrupulously

worded to avoid potential pitfalls. However, overall the Groups commercial performance is viewed as reliable.

With this proviso, Bakri Trading Co Ltd may be regarded as a suitable counterparty in any proposed business undertaking.

## MRC RATING

| MRC Marine Rating | Rating | Additional Factors |
|---|---|---|
| Sales level (1-6) | ID | |
| Condition (1-6) | 3 | |
| Performance (1-6) | 4 | MLG |

*Refer to MRC Rating Sheet for the explanation of Ratings*

FLEET LIST

| Name | Type | Dwt | Bit |
|------|------|-----|-----|
| Al Marwah | tanker | 87,452 | 75 |
| Al Hajra | tanker | 10,200 | 77 |
| Bador | tanker | 8,647 | 80 |
| Bakri Orbotor | tanker | 12,010 | 82 |
| Nadia | tanker | 3,445 | 54 |
| Naseem Al Bahr | tanker | 3,196 | 73 |
| Shamms | tanker | 4,095 | 76 |
| Yasmeen | tanker | 37,009 | 76 |
| Sea Wind | tanker | 21,093 | 64 |
| Good Carrier | tanker | 6,174 | 67 |
| Radwah | LPG | 5,131 | 66 |
| Gulf Navigator | tanker | 10,895 | 82 |
| Bakri Voyager | chemical | 7,749 | 74 |
| Miraj | tanker | 87,151 | 75 |
| Hatan | chemical | 8,176 | 74 |