# Exhibit 7



# Lloyd's MIU
The premier source of shipping intelligence

# International Oil Overseas Inc

## Confidential credit report: 22 January 2004

An update can be ordered within one week of the purchase of this report. Order Report Update



an informa business                                      This report is strictly confidential and supplied subject to our terms and conditions

# Contents

Company Details ............................................................................................................... 1
    Registered Name ......................................................................................................... 1
    Registered Number ..................................................................................................... 1
    Trading Name ............................................................................................................. 1
    Company Addresses ................................................................................................... 1
        Operating Address .............................................................................................. 1
        Postal Address ................................................................................................... 1
    Communications ......................................................................................................... 1
    Incorporation Style ...................................................................................................... 1
    Incorporation Date ...................................................................................................... 1
    Place Incorporated ...................................................................................................... 1
    Share Capital .............................................................................................................. 1
    Ownership .................................................................................................................. 1
    Contacts ..................................................................................................................... 2
    Affiliate Offices ........................................................................................................... 2
    Bankers ...................................................................................................................... 2
Business Summary ............................................................................................................ 2
Operations ......................................................................................................................... 2
History .............................................................................................................................. 3
Financial Summary ........................................................................................................... 3
Market Feedback .............................................................................................................. 3
Appraisal ........................................................................................................................... 3
Ratings .............................................................................................................................. 4

# Company Details

Registered Name
International Oil Overseas Inc

Registered Number
Public Deed No. 8247

Trading Name
IOOI

Company Addresses
**Operating Address**
c/o Bakri Navigation Co.
Al Bakri Building
Al Andulas Street.
21481
Jeddah
Saudi Arabia

**Postal Address**
PO Box 3757
21481
Jeddah
Saudi Arabia

Communications
**Phone:** +966 2 652 3867 ext 315
**Alternative Phone:** +966 2 651 9995
**Fax:** +966 2 651 2908

Incorporation Style
Private limited company

Incorporation Date
30 July 1990

Place Incorporated
Panama

Share Capital
US$10,000 in shares of US$1.00 each.

Ownership
None listed. Its legal representative in Panama is the law firm Patton Moreno & Asvat.

### Contacts
**Managers**
Capt Farhat Siddiqui, Chartering Manager

### Affiliate Offices
Bakri International Energy Co formerly Bakri Bunker Trading Co.

| | |
|---|---|
| Al Khomasieh Est. | Red Sea Marine Services. |
| Bakri Trading Co Ltd. | Marketing Intergrated Services Center. |
| Penta Commercial Agencies. | Supreme Global Inc. |
| East African Maritime Inc. | Transgulf Oil & Shipping Inc. |
| International Oil Overseas. | Ocean Marine Services, Jeddah. |
| Labco, United Kingdom. | Oasis Energy Co, Oman. |
| BTC Asia, Singapore. | OM Dorman Petroleum Co, Sudan. |
| Nile Bakri, Sudan for aviation fuel. | BTC, Pakistan. |

Bakri Energy Marketing Systems, Kuwait.

Red Sea Marine Services.

Al Badia Bunkering Ltd.

### Bankers
ANZ Investment Bank, London. GIB, Citi & ABC, all Bahrain. Al Bank Al Saudi Al Fransi, SHB, SIB & Riyad Bank all of Saudi Arabia

## Business Summary
International Oil Overseas Inc, hereafter referred to as IOOI, is a private company that was registered in Panama in 1990. It is a chartering vehicle that is believed to be used by Bakri Navigation Co of Jeddah. The ultimate beneficial owners of IOOI are not known because of its offshore registration where in Panama its legal representative is the law firm of Patton Moreno & Asvat.

## Operations
The Bakri group of companies is a well-established Saudi Arabian-based ship owner, bunkering, trading and shipping group controlled by the Al-Bakri family, headed by Sheikh Abdul Kader Al-Bakri.

The group's structure is not confirmed, since Saudi trading groups rarely have any traditional corporate organisation. In the case of the Bakri group, this is a series of companies, active in bunker supplies, shipping, oil cargo trading and other areas, but with no holding structure and probably no formal management/agency contracts (except for certain offshore companies).

Other Group companies are Al Khomasia Est, Bakri International Energy (bunker suppliers in Saudi Arabia); Bakri Navigation Co Ltd (ship owner & manager); Bakri Trading Co (crude oil trader) and Marina World Shipping Corporation, Panama (charterer) amongst others.

Tankers are chartered by IOOI and other companies in the group, typically product tankers up to 80,000 dwt on trip charter terms.

Following contact with the company in Jeddah in January 2004 we learned that it fixes around 30-40 product tankers annually. In the past month IOOI has fixed six tankers Panos G, Ionikos, Alpha, Heidemar Brazos, Akaki and Arendal. Most of these fixtures were for loading in the Arabian Gulf, not exclusively Saudi Arabia, with discharge at Singapore.

The Bakri Group are also ship owners and since 2000 have built the tanker Quds and Shuaiba each of 45,000 dwt with both vessels period chartered to SABIC. It also has the 2003-built Boraq of 46,000 dwt and one more tanker newbuilding of 39,000 dwt.

## History

Lloyd's MIU holds some historical background to this company that is not relevant to this report.

## Financial Summary

With International Oil Overseas Inc registered in Panama there is no obligation whatsoever for the company to disclose any annual financial trading statistics.

If the company fixed in 2003 40 tankers each of 80,000 dwt all for loading in the Arabian Gulf and discharge in Singapore, we estimate that this could have cost the company in charter hire around US$14m

## Market Feedback

In January 2004, Lloyd's MIU spoke with three operators that have had experience with fixtures for IOOI and all were loaded in the Arabian Gulf for discharge at Singapore. One of the contracts is current based on a freight on completion basis. The second tanker operator indicated that it had fixed twice with IOOI with no problems relating to the payment of freight but it does have some demurrage outstanding.

The third reference was from an operator that fixed three times in 2002, four times in 2003 and once so far in 2004. From this experience this owner has no problems regarding the settlement of freight which has always been in time but there is demurrage still to be collected. This owner suggested fixing on Freight BBB (Before Break Bulk).

Lloyd's MIU has also spoken with lawyers that were seeking the recovery of demurrage from IOOI and it took them 2-3 years to reach a settlement.

## Appraisal

International Oil Overseas Inc is a Panama registered chartering vehicle that is operated by the Bakri Group of Jeddah. It has been trading now for thirteen years and in the present climate it is fixing around 40 product tankers annually trading east of Suez.

The Bakri Group is well known in the Middle East and the largest private ship owner in the Kingdom of Saudi Arabia.

There are no financials available for IOOI because of its Panamanian registry, likewise its actual beneficial owners.

Based on market performance, we can see no reason to object to a fixture with IOOI on freight BBB. There is clearly difficulty in recovering any demurrage even with legal support because the actual settlement may depend on when IOOI receives payment from its receivers.

# Ratings

**Review Period:** 6 months

| Lloyd's MIU Rating | Rate Code | Rate Description | Additional Factors |
|---|---|---|---|
| Sales Level (1-6) | 5 | $5-20m | - |
| Condition (1-6) | X | Insufficient Data | - |
| Performance (1-6) | 4 | Some Concern | - |
| Credit Guidance (AAA-J) | I | Credit a matter of trust | - |
| Overall Rating (1-10) | 5 | Average risk | - |

## How do I interpret an Lloyd's MIU Credit Rating?

| Annual Sales (Size) Scale (1-6) | Company Financial Condition Rating (1-6) | Company Payment Performance Rating (1-6) |
|---|---|---|
| 1 - $500 million+ | 1 - First Rate | 1 - First Rate |
| 2 - $100 - 500m | 2 - Good | 2 - Good |
| 3 - $50 - 100m | 3 - Satisfactory | 3 - Satisfactory |
| 4 - $20-50m | 4 - Some Concern | 4 - Some Concern |
| 5 - $5 -20m | 5 - Weak/ Strained | 5 - Weak |
| 6 - Under $5m | 6 - Severe | 6 - Poor |
|  | Z - In Liquidation, Receivership, Chapter XI |  |

### Company Payment Performance Rating (1-6)

| | Exposure Range (US$) | Normal Limit |
|---|---|---|
| AAA | Low eight figures and above | Above $10m |
| AA | Mid to high seven figures | Below $10m |
| A | Low to mid seven figures | Below $5m |
| B | Low seven figures | $1.25m |
| C | High six figures | $750,000 |
| D | Mid six figures | $400,000 |
| E | Low six figures | $200,000 |
| F | High five figures | $100,000 |
| G | Mid five figures | $50,000 |
| H | Low five figures | $25,000 |
| I | Credit a matter of trust in principal | See text |
| J | Secured or cash terms only | |

### Overall Risk Rating (Fifth Rating) (1-10)

| | Risk of dealing with the company | Typical company performance in market |
|---|---|---|
| 1 | Negligible risk | Extremely strong |
| 2 | Very Low risk | Strong |
| 3 | Low risk | Firm |
| 4 | Below average risk | Satisfactory |
| 5 | Average risk | Adequate |
| 6 | Moderate risk | Vulnerable |
| 7 | Moderate to high risk | Weakened |
| 8 | High risk | Under pressure |
| 9 | Very high risk | Severe duress |
| 10 | Extreme risk | On the verge of collapse / bankruptcy |

**Additional Factors**
MLG - Member of Large Group
SC - State Controlled
ID - Insufficient Data
NC - New Company
PG - Parental Guarantee Advised
RE - Refer to Your Experience
SS - Special Situation, see report text
EST - Estimated

Important Note: Ratings and guidelines are valid at the date of issue of the report only.

They are provided under our published terms of business and made in good faith. Under no circumstance are they intended to be definitive judgements of the standing or worth of the company in question, nor are they to be used as sole basis or in substitution for the exercise of your own judgement in deciding whether and in which way to trade with the subject.

This rating guideline was last updated on 16 February 2006.

## Lloyd's MIU Premium & New Services

Lloyd's MIU is the world's largest dedicated provider of marine and energy credit reports, with a current online database of over 14,000 reports, 5,000 of which were written over the past 12 months. Given the falls in earnings in both the marine and energy sectors in recent months, our reports have become absolutely business critical.

## Open Access

Online credit reports can be downloaded on an ad-hoc basis, which suits those customers with modest requirements. However, if you have a requirement for more than 150 reports a year, Open Access should be the preferred service option. For one annual fee, Open Access subscribers can download and view every single report held on www.lloydsmiu.com and also any reports written in the coming 12 months. Up to 500 new reports are added each month. Depending on your usage requirements, this can result in huge cost savings per report.

**Open Access benefits:**
- **Credit Checking:** Our reports provide a unique insight into companies for credit assessment purposes. A detailed market feedback section deals with how the company is currently operating in the market and paying other suppliers
- **Marketing:** Find new sales prospects. Our reports are briefing documents for use before approaching or visiting prospective clients, ensuring you are well informed before entering discussions. Focus your marketing efforts - assess which companies meet the profile you require
- **Competitor Analysis:** Assess the strength and tactics of your competitors. Find out details of any changes & developments to make sure you are staying one step ahead in your industry
- **Market Research:** Our reports are a valuable source of market information. Use the full text search facility to search for connections & cross-references between companies

If you do not need access to all the reports on the Lloyd's MIU website, Lloyd's MIU will put together an Open Access package to meet your exact needs. For more information contact reports@lloydsmiu.com

## Portfolio review service

New for 2009, this is a cost effective and customised review of your credit portfolio to help you identify risks and seize opportunities. We will provide you with a summary report featuring specific recommendations for your business

**How it works**
- You provide a list of companies for review
- We evaluate the portfolio and assign selected risk ratings
- We identify potential risks and opportunities
- You reduce unnecessary exposure and increase business

**Key Features of the Credit Portfolio Review Service**
- Risk-rate your entire (or selected) portfolio
- Identify over exposures
- Identify growth opportunities
- Avoid bad credit
- Improve cash flow

An overzealous sales policy could land your company in deep trouble. On the other hand, your current policies may be limiting your growth. The Lloyd's MIU Portfolio Review Service could be for you. For more information and a free consultation, contact reports@lloydsmiu.com

## Global LNG Tracker

Global LNG Tracker launched in January 2009, this is an exclusive report that provides a daily analysis of the movements and positions of the global LNG fleet. The report will detail key market data, including when and where LNG vessels are diverted, which vessels are due to load and where cargoes will be delivered. For additional information regarding this brand new daily service, go to www.lloydsmiu.com/lng

This report is strictly confidential and supplied subject to our terms and conditions

Report ref no: 04122125227
Report type: New-Status
Published on: 22 January 2004

An update can be ordered within one week of the purchase of this report. Order Report Update Now

Lloyd's MIU
Telephone House
69-77 Paul Street
London EC2A 4LQ
United Kingdom

Tel: +44 (0) 20 7017 4482
Fax: +44 (0) 20 7017 5007
Email: enquiries@lloydsmiu.com

www.lloydsmiu.com

Copyright © 2003 Informa plc. All rights reserved.
Lloyd's and the device are the registered trade marks of the Society, incorporated by the Lloyd's Act 1871 by the name of Lloyd's.
Lloyd's MIU is a part of Informa plc (Informa) whose registered office is Mortimer House, 37-41 Mortimer Street, London, W1T 3JH. Registered in England and Wales number 3099067