**EXHIBIT B TO NRS DECLARTION**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

FAIR SPIRIT MARITIME LTD.

V.

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 10109**

TO: (Name and address of Defendant)

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

**Judge Pauley**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lennon, Murphy & Lennon
The Gray Bar Bldg.
420 Lexington Ave., Suite 300
NY NY 10170
(212) 490-6050

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 20 2008

CLERK _Catherine Lapsley_   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

FAIR SPIRIT MARITIME LTD.

**SUMMONS IN A CIVIL ACTION**

V.

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

CASE NUMBER:  08 Civ. 10109 (WHP)

TO: (Name and address of Defendant)

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lennon, Murphy & Lennon
The Gray Bar Bldg.
420 Lexington Ave., Suite 300
NY NY 10170
(212) 490-6050

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 27 2009

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

FAIR SPIRIT MARITIME LTD.

**SUMMONS IN A CIVIL ACTION**

V.

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

CASE NUMBER: 08 Civ. 10109 (WHP)

TO: (Name and address of Defendant)

MARINA WORLD SHIPPING CORP.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lennon, Murphy & Lennon
The Gray Bar Bldg.
420 Lexington Ave., Suite 300
NY NY 10170
(212) 490-6050

an answer to the complaint which is served on you with this summons, within \_\_\_\_30\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE  MAR 27 2009

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

FAIR SPIRIT MARITIME LTD.

V.

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08 Civ. 10109 (WHP)

TO: (Name and address of Defendant)

BAKRI TRADING CO. INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lennon, Murphy & Lennon
The Gray Bar Bldg.
420 Lexington Ave., Suite 300
NY NY 10170
(212) 490-6050

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   MAR 2 7 2009

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

FAIR SPIRIT MARITIME LTD.

**SUMMONS IN A CIVIL ACTION**

V.

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

CASE NUMBER:   08 Civ. 10109 (WHP)

TO: (Name and address of Defendant)

GRESHAM WORLD SHIPPING, INC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lennon, Murphy & Lennon
The Gray Bar Bldg.
420 Lexington Ave., Suite 300
NY NY 10170
(212) 490-6050

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAR 27 2009

DATE

(By) DEPUTY CLERK

⊗AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

FAIR SPIRIT MARITIME LTD.

V.

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 Civ. 10109 (WHP)

TO: (Name and address of Defendant)

QUOIN ISLAND MARINE WL

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lennon, Murphy & Lennon
The Gray Bar Bldg.
420 Lexington Ave., Suite 300
NY NY 10170
(212) 490-6050

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 2 7 2009

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                New York

FAIR SPIRIT MARITIME LTD.

**SUMMONS IN A CIVIL ACTION**

V.

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

CASE NUMBER:  08 Civ. 10109 (WHP)

TO: (Name and address of Defendant)

TARAZONA SHIPPING CO., S.A.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lennon, Murphy & Lennon
The Gray Bar Bldg.
420 Lexington Ave., Suite 300
NY NY 10170
(212) 490-6050

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 27 2009

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

FAIR SPIRIT MARITIME LTD.

**SUMMONS IN A CIVIL ACTION**

V.

INTERNATIONAL OIL OVERSEAS INC a/k/a IOOI

CASE NUMBER:   08 Civ. 10109 (WHP)

TO: (Name and address of Defendant)

SCHIFF HOLDING CO. S.A.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lennon, Murphy & Lennon
The Gray Bar Bldg.
420 Lexington Ave., Suite 300
NY NY 10170
(212) 490-6050

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAR 2 7 2009

DATE

(By) DEPUTY CLERK