**EXHIBIT D TO NRS DECLARTION**

## DAMAGES DUE UNDER FIRST FINAL ARBITRATION AWARD

| | |
|---|---|
| Principal amount: | $334,978.52 |
| Interest on principal amount:<br>5.25%, compounded quarterly<br>From June 22, 2007 to<br>July 1, 2010 (expected date of recovery) | $57,299.48 |
| Cost of Award:<br>£7,587.00 | $11,537.92 |
| Interest on Cost of Award:<br>4%, compounded quarterly<br>from January 21, 2010 until<br>July 1, 2010 (expected date of<br>recovery) | $204.30 |
| **Total** | **$404,020.22** |

Attorneys Fees and Costs:

Plaintiff reserves its right to revise the above amount and/or obtain a further judgment in this action based on the passage of time and/or on any further arbitration awards to be issued in Plaintiff's favor and against Defendant(s) including, but not limited to, an award for the attorneys fees and costs.