**EXHIBIT E TO NRS DECLARTION**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through January 22, 2010.

Selected Entity Name: INTERNATIONAL OIL OVERSEAS INC.
Selected Entity Status Information

**Current Entity Name:** INTERNATIONAL OIL OVERSEAS INC.
**Initial DOS Filing Date:** JANUARY 08, 2009
**County:** NEW YORK
**Jurisdiction:** PANAMA
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
FREEHILL HOGAN & MAHAR, LLP
ATTN: MICHAEL E. UNGER
80 PINE STREET
NEW YORK, NEW YORK, 10005

**Registered Agent**
MICHAEL E. UNGER
C/O FREEHILL HOGAN & MAHAR
80 PINE STREET
NEW YORK, NEW YORK, 10005

This office does not require or maintain information
regarding the names and addresses of officers,
shareholders or directors of a corporation.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 08, 2009 | Actual | INTERNATIONAL OIL OVERSEAS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results        New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page