EXHIBIT H to NRS DECLARATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRIME SHIPPING CO. LTD.,

                Plaintiff,

  -against-

PT ARIOBIMO PERKASA and
BML (PT BENUA MALACHO LINES),

                Defendants.
-----------------------------------------------------------X

07 CIV. 1253 (WHP)

ECF CASE

**ORDER**

**WHEREAS**, by Order to Show Cause, dated April 3, 2008, the Court set a briefing schedule for the motion of plaintiff PRIME SHIPPING CO. LTD. ("PRIME SHIPPING") to recognize and enforce a foreign arbitral awards against defendants PT ARIOBIMO PERKASA ("ARIOBIMO") and BML (PT BENUA MALACHO LINES ("BML"), pursuant to 9 U.S.C. § 201 and for attorneys' fees and costs incurred in bringing this action for enforcement of those arbitral awards;

**WHEREAS**, the briefing schedule required defendants ARIOBIMO and BML to serve answering papers to PRIME SHIPPING's motion (which was duly served on April 3 and 4, 2008) by April 18, 2008;

**WHEREAS**, defendants ARIOBIMO and BML neither then nor thereafter filed answering papers or otherwise responded;

**WHEREAS**, the Court has been informed that, pursuant to the Process of Maritime Attachment and Garnishment served upon garnishees Bank of America, Deutsche Bank, JP Morgan Chase Bank and Wachovia Bank, funds in the amount of $41,110.67 were restrained and have been held in non-interest bearing accounts as follows:

Deutsche Bank restraining the sum of $703.31 (ARIOBIMO)

Bank of America restraining the sum of $29,232.30 (BML);

JP Morgan Chase Bank restraining the sums of $2,847.00 and $1,361.25 (BML)

Wachovia Bank restraining the sum of $6,966.81 (BML)

NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby

**O R D E R E D** that plaintiff PRIME SHIPPING' s motion to recognize and enforce the foreign arbitral award and for attorneys' fees and costs incurred in bringing this action is granted as unopposed;

**O R D E R E D** that the London Arbitration Awards dated September 18, 2006 and October 6, 2006 are hereby confirmed, and the Clerk of the Court is directed to enter Judgment holding defendants ARIOBIMO and BML liable to plaintiff PRIME SHIPPING:

(a) Judgment against defendant ARIOBIMO in the amount of $2,413,895.82, plus $14,805.23 in attorneys' fees;

(b) Judgment against defendant BML in the amount of $2,412,998.34, plus $11,221.03 in attorneys' fees;

**O R D E R E D** that ten (10) business days after entry of Judgment in this matter, garnishees Bank of America, Deutsche Bank, JP Morgan Chase Bank and Wachovia Bank, upon receipt of a copy of this Order together with a copy of the Judgment, are directed to release and transfer the full amounts of the restrained funds, including any after-acquired property (if any), to the attorney trust account of Freehill Hogan & Mahar, LLP pursuant to the wire instructions set forth below:

>Citibank, N.A.
>120 Broadway
>New York, NY 10271
>SWIFT CODE: CITIUS33
>ABA no. 021 000 089
>Account No. 37032209 - United States Dollars
>Payee Name: Freehill, Hogan & Mahar

as partial satisfaction for the Judgments entered herein, the balance then to be due and owing reduced by the net amount released and transferred by said garnishee banks.

Dated: New York, New York
~~April~~ May 1, 2008


**"SO ORDERED"**

_____
Hon. William H. Pauley, U.S.D.J.

3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PRIME SHIPPING CO. LTD.,

                    Plaintiff,

        -against-

PT ARIOBIMO PERKASA and BML
(PT BENUA MALACHO LINES),

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

07 CIVIL 1253 (WHP)

**JUDGMENT**

#08,0751

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable William H. Pauley III, United States District Judge, and the Court, on May 1, 2008, having rendered its Order granting plaintiff Prime Shipping's motion to recognize and enforce the foreign arbitral award and for attorneys' fees and costs, confirming the London Arbitration Awards dated September 18, 2006 and October 6, 2006, and directing the Clerk of the Court to enter judgment in favor of plaintiff and against defendant Ariobimo in the amount of $2,413,895.82, plus $14,805.23 in attorneys' fees, and against defendant BML in the amount of $2,412,998.34, plus $11,221.03 in attorneys' fees, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 1, 2008, plaintiff Prime Shipping's motion to recognize and enforce the foreign arbitral award and for attorneys' fees and costs is granted; the London Arbitration Awards dated September 18, 2006 and October 6, 2006 are confirmed; and judgment is entered in favor of plaintiff and against defendant Ariobimo in the amount of $2,413,895.82, plus $14,805.23 in attorneys' fees, and against defendant BML in the amount of $2,412,998.34, plus $11,221.03 in attorneys' fees.

**Dated:** New York, New York
      May 6, 2008

                                              **J. MICHAEL McMAHON**
                                                                 **Clerk of Court**
                                    **BY:** _____
                                                                  **Deputy Clerk**