EXHIBIT I to NRS DECLARATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FAIR SPIRIT MARITIME LTD.,

                Plaintiff,         08 Civ. 10109 (WHP)

   - against -         ECF CASE

INTERNATIONAL OIL OVERSEAS INC.,
a/k/a IOOI, MARINA WORLD SHIPPING
CORP., GRESHAM WORLD SHIPPING
INC., BAKRI TRADING CO. INC.,
TARAZONA SHIPPING CO., S.A., SCHIFF
HOLDING CO. S.A. and QUOIN ISLAND
MARINE WL,

                Defendants.
------------------------------------------------------------X

## ORDER RECOGNIZING, CONFIRMINING AND ENFORCING FINAL ARBITRATION AWARD AS A JUDGMENT OF THIS COURT

The Plaintiff having moved by Motion for the Recognition, Confirmation and Enforcement of the underlying Final Arbitration Award as a Judgment of this Court, pursuant to 9 U.S.C. §201 *et. seq.* and having requested the attorneys fees and costs incurred herein, and a copy of the motion papers having been served on Defendants;

IT IS HEREBY ORDERED, ADJUDGED and DECREED: That the Final Arbitration Award be recognized, confirmed and enforced as a Judgment of this Court in the sum of $_____; and

IT IS HEREBY FURTHER ORDERED, ADJUDGED and DECREED that this Judgment does not resolve all of Plaintiff's claims and that Plaintiff's may move to confirm any other arbitration award and/or order issued in its favor as a Judgment in this Court within this action;

Dated: New York, New York
       March , 2010

                                              _____
                                                      U.S.D.J.